IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE L. HALL, | No. C-05-4786 MMC |
| Plaintiff, | **ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants | |

The Court is in receipt of a one-page complaint, titled in part "Complaint for Temporary Restraining Order," filed November 22, 2005 by plaintiff Julie L. Hall against defendants who are government entities and elected officials.

Plaintiff's request for a temporary restraining order is hereby DENIED, on the grounds that plaintiff fails to allege any facts in her complaint, including failing to allege a basis for a district court to assert jurisdiction, and fails to offer any evidence, let alone admissible evidence, to show her entitlement to any type of relief, including injunctive relief.

**IT IS SO ORDERED.**

Dated: November 22, 2005

For MAXINE M. CHESNEY
United States District Judge

[signed: Jeffrey S. White, Build duty judge]