IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE L. HALL,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendant<br>_____/ | No. C 05-4786 MMC<br><br>**ORDER DISMISSING ACTION** |

By order filed December 1, 2005, the Court dismissed plaintiff's complaint and amended complaint. The Court afforded plaintiff the opportunity to file a Second Amended Complaint no later than December 19, 2005. To date, plaintiff has not filed a Second Amended Complaint.

Accordingly, for the reasons set forth in the Court's order filed December 1, 2005, the above-titled action is hereby DISMISSED for lack of jurisdiction, and without prejudice to plaintiff's refiling her claims in state court.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 29, 2005

_____
MAXINE M. CHESNEY
United States District Judge